IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES J. JAYROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) ) | 3:25-CV-2408-G-BK |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation in this case. Objections were filed,[*] and the court has made a *de novo* review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled, and the court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, the plaintiff's motion to remand to state court (docket entry 6) is **DENIED**.

**SO ORDERED**.

November 10, 2025.

                                                                              *A. Joe Fish*
                                                         **A. JOE FISH**
                                                         **Senior United States District Judge**

---

[*]    *See* objections (docket entry 13); *see also* motion to consider denial of remand (docket entry 12), construed as objections.